[Cite as *Johnson v. Office Healthcare Facilities Servs.*, 2021-Ohio-4181.]

| | |
|---|---|
| TAMEKA L. JOHNSON | Case No. 2021-00240PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| OFFICE HEALTHCARE FACILITIES SERVICES | |
| Respondent | |

{¶1} On October 7, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends the following: (1) dismissal of a claim for production of records as moot, (2) a finding that Respondent failed to produce a requested record within a reasonable period of time in violation of R.C. 149.43(B)(1), (3) a finding that Requester is entitled to recover from Respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that Requester has incurred, and (4) assessment of costs to Respondent.

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of October 7, 2021. The Court adopts the Report and Recommendation. Requester is entitled to recover from Respondent the amount of the filing fee of twenty-five dollars and any other costs

associated with the action that are incurred by Requester, but Requester is not entitled to recover attorney fees. Court costs are assessed to Respondent. Judgment is rendered in favor of Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed October 26, 2021**
**Sent to S.C. Reporter 11/29/21**